```
DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CLAUDIA MATA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00033 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON |
| v. ) | |
| CLAUDIA MATA, Et al., ) | Date:  August 21, 2006 |
| ) | Time:  9:00 A.M. |
| Defendants. ) | Judge: Hon. Oliver W. Wanger |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Assistant United States Attorney Virna L. Santos, counsel for plaintiff, Eric Green, counsel for defendant Oscar Vargas, and Assistant Federal Defender Francine Zepeda, counsel for defendant Claudia Mata, that **the status conference hearing in the above-captioned matter now set for August 7, 2006, may be continued to August 21, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-entitled court.**

   The continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation.

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the
2   interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A)
3   and 3161(h)(8)(B)(i) and (iv).

4                                                                   McGREGOR W. SCOTT
                                                                    United States Attorney
5

6   DATED: July 19, 2006                          By:   /s/  Virna L. Santos
                                                        VIRNA L. SANTOS
7                                                       Assistant United States Attorney
                                                        Attorney for Plaintiff
8

9                                                       DANIEL J. BRODERICK
                                                        Federal Public Defender
10

11  DATED: July 19, 2006                          By:   /s/ Francine Zepeda
                                                        FRANCINE ZEPEDA
12                                                      Assistant Federal Defender
                                                        Attorneys for Defendant
13                                                      CLAUDIA MATA

14

15  DATED: July 19, 2006                                /s/  Eric Green
                                                        ERIC GREEN
16                                                      Attorney at Law
                                                        Attorney for Defendant
17                                                      OSCAR VARGAS

18

19

20                                              **O R D E R**

21      **IT IS SO ORDERED.**  The status conference hearing as to defendants Oscar Vargas and
22  Claudia Mata is hereby continued to August 21, 2006, at 9:00 A.M.  Time is hereby excluded pursuant
23  to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).
24  IT IS SO ORDERED.
25  **Dated:   July 21, 2006**                          /s/ **Oliver W. Wanger**
    emm0d6                                             UNITED STATES DISTRICT JUDGE
26

27

28

Stipulation to Continue Status Conference
Hearing Date and Proposed Order Thereon              2