1  **ERIC GREEN**, #080115
   Attorney at Law
2  The Rowell Building
   2100 Tulare Street, Suite 512
3  Fresno, California 93721
   Telephone: (559) 237-0800
4  Facsimile: (559) 237-1990

5  Attorney for Defendant
   **OSCAR VARGAS**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) | 1:06cr00033 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE HEARING |
| vs. | ) | |
| | ) | DATE: October 30, 2006 |
| | ) | TIME: 9:00 a.m. |
| OSCAR VARGAS, | ) | PLACE: Courtroom Three |
| | ) | Honorable Oliver W. Wanger |
| Defendant(s) | ) | |

   IT IS HEREBY STIPULATED by and between the parties that the current hearing set for October 10, 2006, at the hour of 9:00 a.m., be continued to October 30, 2006, at the hour of 9:00 a.m., before the Honorable Oliver W. Wanger, United States District Court Judge.

////
////
////
////
////
////

The parties further stipulate and agree that the resulting period of delay occurring between October 10, 2006, and October 30, 2006, shall be excluded in the interest of justice, pursuant to 18U.S.C. § 3161(h)(8)(A), since the ends of justice served by taking such action including allowing counsel for the defendant and the attorney for the Government the reasonable time necessary to attempt to resolve the case outweighs the best interests of the public and the defendant in a speedy trial.

DATED: _____                    Respectfully submitted,

   /s/ Eric Green
ERIC GREEN,
Attorney for Defendant

DATED: _____                    /s/ Virna Santos
VIRNA SANTOS,
Assistant United States Attorney

## ORDER

IT IS SO ORDERED that the sentence hearing in the above-entitled matter currently set for October 10, 2006, at the hour of 9:00 a.m., be continued to October 30, 2006, at the hour of 9:00 a.m.

IT IS SO ORDERED.

**Dated:   October 5, 2006**                    /s/ Oliver W. Wanger
emm0d6                            UNITED STATES DISTRICT JUDGE