1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7              EASTERN DISTRICT OF CALIFORNIA

8

9   OSCAR VARGAS,                    )    No. CR-F-06-033 OWW
                                     )    (No. CV-F-08-314 OWW)
10                                   )
                                     )    ORDER DENYING PETITIONER'S
11              Petitioner,          )    MOTION TO VACATE, SET ASIDE
                                     )    OR CORRECT SENTENCE PURSUANT
12         vs.                       )    TO 28 U.S.C. § 2255 AND
                                     )    DIRECTING CLERK OF COURT TO
13                                   )    ENTER JUDGMENT FOR
    UNITED STATES OF AMERICA,        )    RESPONDENT
14                                   )
                                     )
15              Respondent.          )
                                     )
16  _____ )

17

18       On February 27, 2008, Petitioner Oscar Vargas timely filed

19  a motion to vacate, set aside or correct sentence pursuant to 28

20  U.S.C. § 2255.

21       Petitioner pleaded guilty pursuant to a written Plea

22  Agreement to conspiracy to distribute and possess with intent to

23  distribute a controlled substance, methamphetamine.  Pursuant to

24  the Plea Agreement, Petitioner agreed:

25          The defendant is aware that Title 18, United
            States Code, Section 3742 affords a defendant
            the right to appeal the sentence imposed.
26          Acknowledging this, the defendant knowingly

1

1      waives the right to appeal his conviction or
       any sentence which is in accordance with the
2      maximum provided in the statute(s) of
       conviction (or the manner in which that
3      sentence was determined) on the grounds set
       forth in Title 18, United States Code,
4      Section 3742 or on any ground whatever, in
       exchange for the concessions made by the
5      United States in this plea agreement.  The
       defendant also waives his right to challenge
6      his conviction, sentence or the manner in
       which it was determined in any post-
7      conviction attack, including but not limited
       to a motion brought under Title 28, United
8      States Code, Sections 2241 or 2255.

9  Petitioner was sentenced on February 26, 2007 to 120 months

10 imprisonment.  Petitioner did not file an appeal.

11     Petitioner's Section 2255 motion asserts three grounds for

12 relief:

13          Ground One: "Lack of Judgment."  Petitioner asserts:

14               1.  Never have been on a clear
                 thinking stand
15
                 2.  Have been receiving Social
16               Security since age 17

17               3.  Always took special education
                 classes at school
18
            Ground Two: Have been a good inmate at Federal prison
19
            Ground Three: New beginnings in my life.
20
   Petitioner also asserts:
21
                 I recognize and acknowledge that I did wrong,
22               the laws are just, and Government must do
                 their job to protect citizens, therefore I
23               did not want to fight back.  I believe that
                 every person deserves a chane [sic].  I ask
24               that you would please consider reducing my
                 time so that I may start a new life.
25
       Petitioner cannot proceed with this motion because of the
26

2

waiver of the right to file a Section 2255 motion in his plea

agreement, which waiver was acknowledged and agreed to during the

change of plea colloquy.  In his Rule 11 elocution, Petitioner

stated under oath that he fully reviewed the Plea Agreement with

his attorney and that he understood it.  He further stated under

oath he understood and agreed to the waiver of review provisions

of the Plea Agreement.

The grounds asserted by Petitioner do not entitle him to

relief pursuant to Section 2255.  Section 2255 provides that a

motion to vacate, set aside or correct sentence may be made when

a petitioner claims:

> the right to be released upon the ground that
> the sentence was imposed in violation of the
> Constitution or laws of the United States, or
> that the court was without jurisdiction to
> impose such a sentence, or that the sentence
> was in excess of the maximum authorized by
> law, or is otherwise subject to collateral
> attack ....

Petitioner's alleged rehabilitation during the approximate

first year of his imprisonment is laudatory, but does not permit

reduction of his sentence pursuant to Section 2255.

Petitioner's claims that he is not a clear thinker, that he

was in special education classes during school, and that he

received Social Security since the age of 17 do not provide a

basis for Section 2255 relief as he makes no claim that he did

not understand the terms of the Plea Agreement or his sentence.

Petitioner made no such claim when he pleaded guilty or was

sentenced.  At the time of sentencing the Court was aware through

1   the Presentence Report of Petitioner's claims of learning

2   disabilities and SSI benefits.

3        ACCORDINGLY:

4        1.   Petitioner Oscar Vargas's motion to vacate, set aside or

5   correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

6        2.   The Clerk of the Court is directed to enter Judgment for

7   Respondent and against Petitioner.

8        IT IS SO ORDERED.

9   Dated:    March 7, 2008                    /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                4